S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S

| | | |
|---|---|---|
| SCHOLZ DESIGN, INC., | : | |
| Plaintiff, | : | Case No. 4-06-CV-1600 RSW |
| vs. | : | |
| WAYNE AND JULIE LARUE, DON MALLORY d/b/a MALLORY CONSTRUCTION, and QUALITY DESIGNS, INC. | : | **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS BY ALL PARTIES** |
| Defendants. | : | |

S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S-S

Pursuant to Rule 41(a)(1)(A)(ii), all parties to this case stipulate that all claims against all parties are hereby dismissed with prejudice, with each party to pay its own court costs.

IT IS SO ORDERED.

December 16, 2008

_____
Judge

Stipulated and approved:

/s/ James L. Rogers
James L. Rogers
Attorney for Plaintiff Scholz Design, Inc.

/s/ Chad M. Green
Chad M. Green
Attorney for Defendants Wayne and Julie Larue

/s/ William Clay Brazil
William Clay Brazil
Attorney for Defendant Quality Designs, Inc.